FILED
January 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: LS
DEPUTY

2

The Starting of this Problem: was Created from 1984 up an up to date when Nov. 5, 1985 in Houston Texas: at a Party Senator Judith Zaffirini help Rey Perez to be replace for 293d judicial district judge Ben Martinez Eagle Pass. And Rey Perez was replace Because he Rey Perez Knew all of the Mexican Drug Cartel as Rey Perez was a Criminal judge who represented in the Courts: defendant on drug Charges

Because judge Rey Perez was in alliance with the Mexican Drug Cartel the Tug of War was Created between the Mexican Crime under world and the Tex mex Mafia Control: 293d Texas judicial district in Crystal City Tx

The new judge Rey Perez wanted to use judicial Power Muscle to Control all of the under world Lower Class People on illicit Revenues. income for family needs Supplement income. This Tug of War Kept on until 1991 it was the developing of the Huge over flowing Political Slime we See every day in our judicial System of our State of Texas: in Civil Case #90082997

It is This written the Rise and fall of Tex mex mafia Control in USA Soil

~~US Federal judge alia Moses mail me a judgement~~

This: displaying of the 293d Texas Corrupted judicial district of judge Rey Perez being in alliance with Mexican drug Cartels. was Stop: Cutting off when the Governor Ann Richards made the Project of united Borders to fight the Crimes in Plain sight of illegal Drugs and Human Traffecking. wanting to Stop Crime in Texas and Mexico. But all Back fire. The Ann Richards only made the favoritism in the judicial Branch of Texas Easier to mani Pulate

This mani Pulition of judicial Power favoritism Procedure in the Texas district Courts. Kept on: until 1994. Oct. up to 2001.

Ramiro Cardenas. was Living at 1214. N ave B. Crystal City Texas and was Selling. Marihuana: infiltrating the alliance of the Texas Judicial Branch

3 with the D E A Eagle Pass Texas. allieds to the mexican drug lords.

In 2001. DEA's From Eagle Pass. offer Romeo Cardenas. Crazy Horse to get into alliance with the D E A: and relocate to Austin Texas: and to sell only Cocaine. in the State Capital to Employees of the Politician in offices. Romeo Cardenas was going to be a Scapegoat man. in the Political System, and was arrested after refusing this offer.

In Texas 293d 365th judicial district Court Case # 0 2010 2845 ZCR.-N- Case # 02 0102 846 ZCR AJA. 318 Page: 1st arrest was 3-14 01 Bonded out. Then eleven months later: D A Roberto Serna made two 2 the two Counts. Charges. name above.

Romeo Cardenas. in Court. 2d arrest Feb 14.02 12. Pre trial appearance in 2004. Feb 2-2004.

From 2001 - to 2004. The System tried to get Romeo Cardenas to be rail roaded into jail for at least 6 months. and Romeo Cardenas was to loose every Thing.

Romeo Cardenas was going to Court Trial out the 293d 365. Corrupted judicial System judges Cynthia Muniz 293d and made illegal Conspiried with the under ground water Conservation District Carrizo Sp 24. Zavala Co. Appraisal District offices the attorneys of Linebarger goggan Blair and Sampson made Double jeopardy Civil Case 98120691 24 in Conspiracy with the Zavala Co Appraisal District office: 365th judge made a illegal way. Because when these good People made the double jeopardy Case 98120691 Romeo Cardenas. was going to Court on Criminal Charges on Possession of Marihuana. and the all of the Conspirators against Romeo Cardenas were so Sure. Positive of being able to use. the Called legal System which is very Corrupted legal System of Putting Romeo Cardenas into a mental Hospital by Court order. The jail

For There is Ever Lasting Power in the name of Jehova. God Issiah 26:4
Do not Rob a Poor man, Because he is Poor: Nor; neither oppress the afflicted at the gates: For Jehova God. will Plead their Cause and God Jehova. will Plunder Those that Plunder them. Proverbs. 22:22-23
A wise Man Scales the City of the mighty and Bring down the Trusted Strong hold: Proverbs. 20. 21.

Ramiro Cardenas: AKA Crazy Horse
506 E Starr
Crystal city Texas 78839

U.S Federal District Court.
Suite 100. U.S Court House Bldg.
111 Broadway
Del Rio Texas 78840.

judge: alia Moses: legal Procedure: Tampering
RE. Case # DR16-CV183. AM:VRG

To Honorable judges of Saints Court.
Ramiro Cardenas: AKA Crazy Horse: Very well Known at. High ranks-titile holders: of the People Power administation: Federal and State levels.
Ramiro Cardenas: request to this Court to Correct: the willingly done, of Placing Case # DR16-CV183 as AM. VRG. Placing this Number on the judgement. against Ramiro Cardenas file on aug 15 2017. Last Sentence of 1st Paragraph. judge alia moses: mis understood. what Ramiro Cardenas: Explains in 1st letter mail to Federal Court: in Last Sentence of judgment 1. Paragraph: Ramiro Cardenas: want to Consolidate the most essential Needs For the People and Create a one Kind of government system-: to Clean the mess judge alia moses Created.
In 2016: Ramiro Cardenas: file Redress of grievance against State of Texas

2

and US Magistrate Allan Roberto Garcia granted Romus Cardenas in the Redress of grievances against the State of Texas: Granted in Case # D R 16 CV183. AM VRG 20,000 acres of Farm land with implements: and one million Nine hundred eighty five thousand dollars Cash. But to help the Corrupted State of Texas judicial Branch judge alia moses Place the number given to Romus Cardenas: by US Magistrate Allan Roberto Garcia on 1R Redress of Grievance alia moses Federal judge Place the number on the judgement which: Confirms the Claims verbally made in Public: that US Federal judge alia moses is in Conspiracy with -

Zavala Co appraisal District office: Tax office att. Lino Bargon goggan Blair and Sampson: Winter Garden under ground water Conservation District Crystal City Tex att Gen Ken Paxton: to Prevent Romus Cardenas from legally get the return of the Property 12914. legal description Lots 4.9. Block 171 506 E Starr as the underground Spring of flowing water site in this Property. Sold in 2011 to Evan Harrison. as at this time. Romus Cardenas: was liable as incompetent by inmate Dr Strzemski Dr Sparks. as in 2004 was the last Chance the Corrupted judicial Branch of Texas wanted to get Romus Cardenas Court order Committed for time Indefinite into a mental Hospital. also Romus Cardenas Claims Property 12836. Lots 1-3-11-12 Block 171 520 E Starr St. The expenses to Clear this Complicated legal mess by the mo ministers of the legal Procedure: will be Covered by Zavala Co appraisal district office and att Lino Bargon goggan Blair and Sampson - do For the Glory of jehova God in the name of jesus Christ amen

Romus Cardenas

Copy Harass

Ramiro Cardenas: AKA Crazy Horse
506 E Starr
Crystal City Texas

Redress of Grievances against State of Texas
For acts and or actions: of. Long term extended. Elaborated. and allocated in the 293d: 365th judicial districts of Texas:
In violation of US Constitution article III Section 2 Paragraph 1. The judicial Powers shall extend to all Cases in Law and Equity arising under this US Constitution and Treaties made or shall be made under their authority adhere: US Amendment XIV Section 1. Paragraph 2 - No State shall make or enforce any laws abridging the Privileges or immunities of the Citizens of the United States
Conspiritor: to alliances in this matter enter here in is US Federal Judge alia moses: US Federal District Court. US Court House Bldg. Suit 100. 111 Broadway Del Rio Texas 78840
Redress of Grievances against State of Texas. in US Federal District Court is For acts and or actions of -
Zavala Co appraisal District office; and Tax office atty Linebarger goggan Blair and Sampson PO Box 1 699542 San Antonio Texas 78265:
293d 365th Texas judicial District judge amado abascal III Conspiritor to steal. Properties of Lots 4-9. Block 171 Crystal City Texas; in alliance to help: winter garden underground water Conservation district Carrizo Spg. Tex: This Redress of Grievances also includes the Church of Jesus Christ of Latter day Saints Temple Rd. Rm 50 Salt Lake City Utah and the Retired 293d Texas judicial District judge Ray Perez - San antonio Texas

4

on this Redress of Grievances

Romulo Cardenas only Request that State of Texas Corrupted judicial Power System 214 Counties: Return to Romulo Cardenas the Stolen Properties of Property 129 Lots 4-9 Block 171 Crystal City Texas, Ref ID 1.00000171 000040 1CC171 040. acres 10390. N Property 12836 lots 13.11.12 Block 171 Crystal City Texas: to Return this Properties to Romulo Cardenas. Stolen by Legal System: by Corruptions Zavala Co Appraisal District office: by attorneys for Tax office: 365th Texas judge Amado Abascal. Linebarger Goggan Blair and Sampson: with Double Jeopardy Case # 9812069 1. to 1998: to Cover up Contents of Case # 9008299. I file by Jeanie Navarro 1416 E 6th St Austin Texas which Contain - Excessive Corruption Court Proceeding and Murders by Proxy. by 293rd district judge Rey Perez 2 hear Corruption and this Federal Court May Claim Statute of limitations expire. So will Court tell Romulo Cardenas what is length of time for a murder by By Proxy statue of limitation expire. Enclose are Copies of Court file Court file Papers regarding this matter also in the US Federal Court Can not Preside in this Cause

Supplement as to why Today. 99.590 % of all of our Public employees either elected or appointed believe that Public Power titles governors judges Sheriffs extect believe this title of the People Power gives them ownership Rights to act like dictators against the Poor and the weak -

I Romulo Cardenas. have been receiving letter from the Christian Coalition Republican Party. and other People: wanting help. to talk about. How our Country was not develope on Racisims.. I Know our Founders Created our Country on Biblical Scripture Bible Principals. But the leaders of our USA were the ones who made Racisim actions Because of to much Excessive ambition: I will write from the very start. and you the readers decide

whether this is right or wrong:

After the American Revolution maybe before. The Cherokee Indian nation had not only accepted the ways of the white men But also the white men God Jehova of the armies: and God Jehova our Creator was Blessing the Cherokee indians very much in progress that the Cherokee Indian were Surpassing the American white men: and President Jackson: President of the U.S.A. was Pressure by Congress to relocate the Progressive Cherokee Indians. to the Territory of Oklahoma: Sam Houston. was Trying to Stop President Jackson From relocating the Cherokee Indians to Oklahoma in the winter But. Sam Houston Could not Prevent President Jackson From relocating the Cherokee Indians to Oklahoma in winter 33.000 Families of Cherokee Indians were relocated to Territory of Oklahoma in winter time half of Them Died on there way.

Sam Houston. was Convince to Come to Texas: as Texas State at that time had only 5000, ~~Soldiers~~ People anglo Saxton Moses Austin Father of Stephen F Austin Braught 500 Families to Texas and at the time Santana. Dictator of Texas had only 5000 Soldiers: and the People in Texas refuse to accept Santana Dictatorship rule

At the alamo: 178. Anglo Saxons: last 12 days Against over 2000 of President Antonio lopez de Santana. and Kill over 1200 of the Mexican Soldiers of Santana Soldiers: then in Gonzales: the Texas killed about 800 more of Santana Soldiers, and at Goliad. another 900. Soldiers all the while Sam Houston army was being reinforce by Tennesseean and men from Kentucky and Louisiana.

By the time of the Battle of San Jacinto Plains: President Santana only had 1300 Soldiers left and in this Battle in 20 minutes the army of

6

was reduce to 700 men Killd and 600 Surrender to Sam Houston and President Santana was Capture. and the Republic of Texas was made. The Republic of Texas was Created and lasted 9 years before. Texas was when Texas was annex into the united states: Zachary Taylor invade invaded mexico and on may 13. 1846 President of USA Polk. Declare war. against mexico. and mexico. who did not had enough fire Power to defend his territories. a very experience Tennessee General Winfield Scott invade mexico. and mexico lost State of arizona. New mexico Nevada utah Wyoming and upper California: and mexico to Save the 38 State it now has. Paid to President Polk. and Winfield Scott: 15 million in gold in 1848.

all this this time Since the Republic of Texas was Created: the Territory of oklahoma was Created: and un molested by no government. It was until 1921. That all None white People started to fear. white men. in every. State of our USA why? Because: in 1921 when President Roosevelt wanted to make oklahoma a State in the USA: June 1 1921 100.000. white Supremacy People at 5 Am in Tulsa okla. murder the most prosperous. in the USA a Black Community in Tulsa OK and like None of these murders never have been arrested or names of any of this Supremacy criminals known. People still fear to trust white men

a few years ago. a group of German People. said to me: so I know. that when a white man gets mad he white wants to see Blood.. he ask does that tells me anything. I answer yes Sir you tell me very much: I need to know your white men have. no way of understanding, or assimilation with others not like you. No way of getting along with any one not like you Sir There is only one Species of warm Blood Two legged Mammal that Compares with you: 100%. The question will always be forever -

Written By Ramus Cardenas

Crazy Horse

For There is Ever Lasting Power in the name of Jekova God! Issiah 26-4 The United States of America! The True Biblical Nation under the Grace of Jekova God. Grace: Jekova God; Love and favor toward men.
The Today: state of Isreal are under: the Law of Jehova God: The United States of America are under the Grace of Jehova: Gods Love and favor toward men: Fully discribe in Bible Book of malichi Chapter 1-11 For From the rising of the Sun even to it going down: my name Shall be great among the Gentiles. Incense Shall be offer to my name and a Pure offering. For my name Shall be great among all Nation Says Jekova God

Ramiro Cardenas: Crazy Horse
506 E Starr
Crystal City Texas 78839

To the President of our
United States of America
Joe Bidien
White House oval office
1600. Penn: Ave. N-W.
Washington DC 20500 • N-N: Congressional Committee.

As a Concern Citizen. and For the Love of my Country.
I am addressing you: Regarding: The intented. Communist Style form of government System: which will only results the Lossing of our Freedom and Liberty: Remember what Thomas Jefferson said. when the government gives you every thing you need to live Better: The government is entitile to take away anything you have.
The medicare For all is a Communist Style goverment. as This medicare For all

The government Can determine whether if you are Sick or not and also will tell you if you need a Doctor or Not. and How the Doctor treats you. Our Founders set out to Create a form of government to Curb out any out any Power abuse either Coming from Top Bottom or any where in between as any Person entrusted with Power is apt to abuse it.

And Human Powers must be Control if Liberty is to have a Chance to express itself. For there Can be no Freedom when and where the executive and the Legislature Powers are united under one Person and body of magistrates

Our Country was founded on Bible Principals. our founders met in Secrecy at independence Hall. all Pray for inspiration from God Jehova. our United States of america Puts God Jehova above all men.

My Teacher said. that the reason the ~~Confederacy~~ Confederacy Lost the Civil War. Was Because the Constitution from the South Puts. White men above all other none white and that all other men. which are None white must Summitt to white men. and if you are None white you most Show you are infererior to white men

But our USA Constitution Puts Jehova over all men. and the South was Fighting against the nation of God Jehova.

after our Country was born: all Points to Bible Scripture Points that we The united States of america: are the thirteen full tribe of Manasseh. in times of Moses. in the desert it is Called the half tribe of Manasseh.

Levi was Son of Manasseh. and Levi was a Corrupted judge sent to spill about 120 years before the times of Samson the strong man by God. Levie was the one who arrive at what today is the mouth of the mississippi River. Today all of our Country Past History. as our Country started to Progress our Leaders started to Convert into the Prophecy of 2d Timothy Chapter 3 verse 1-5

3

The Parables of our Lord and Coming King Jesus Christ are in fulfilling after our Country started to expand into Prosperity. The Leaders of our government System: Started to wanting. More of the Power of our government and the benefits of what the Power of the People Could accomullate money.

It was an old Indian Saying regarding the yellow stone. gold. The yellow stone is so Precious to the whitemen that they are willing to kill one of its own People just to Possess it

When, the west was being settle, and the Red Skins were being sent into the Reservations The Leaders of our Country started to get uncontrol ambitious always wanting more land and when Sam Houston Come to Texas. It was because in all of the State of Texas There were only 5.000 anglo Sculton and the President of Mexico Antonio Lopez de Santana, had only an army of 5000 Soldiers Sam Houston Come to Texas: after President Andrew Jackson relocated the Cherokee Indians: to The territory of Oklahoma. Oklahoma was not a State This Proves that. No white man does not likes or wants anyone None white to Surpass any None white in Progress or Prosperity

When Andrew Jackson. relocated the Cherokee Indians to Oklahoma all because the Cherokee Indians had not only accepted the way of the whitemen But also had accepted the white man: God Jehova: and Jehova. God had Blessed the Cherokee Indians greatly

When Andrew Jackson. relocated the Cherokee Indians to Oklahoma It was Then that Sam Houston Come to Texas: 33.000 Cherokee Indians families were relocated to Oklahoma half of these families died. and It was then That the Republic of Texas was born. Sam Houston got the army of Santana. that in the Battle of San Jacinto. that by the time in this Battle of San Jacinto. By this Time in the Battle of San Jacinto. the army of Santana had

4

1300. Soldiers

and Sam Houston army Kill 700 mexicans and 600 Surrender

In 1835. the Republic of Texas Existed. when Texas became the State of the united States. in 1846 President James K Polk. it was the war of the USA against mexico. that last 2 years. and the united States Sign the treaty of Guadalupe Hidalgo. in 1853 It was another treaty known as La mesilla During this time mexico did Not Hold the Territories of Arizona - New mexico Nevada utah and Part of Wyoming. and Upper California and Since mexico did Not had the People to defend this territories - and mexico Paid 15 million in gold to Salvage the 38 remaining States mexico has up to Now.

all the while. the oklahoma territory. was not a State. But while everyone was More intreested in the State of Texas. No one Paid much mind to oklahoma and in Tulsa ok. the most Progressive Prosperous Community of Black People in the Country of the united States was growing Still. But Seeing How. No white man likes or wants any More white People to Surpass The white men. It was. when President Teddy Roosevelt who wanted to make oklahoma a State. But I Know out that 100,000 Supremacy attitudes People on June 1. 1921. that at 5 Am. the most Prosperous Black Community was massacre. and Not one of these murders have never been brought to justice.

It is very important that all the Past Crimes done by the Supremacy - attitudes of you are Not taught in Public Schools. just like today the News media. is use to Control Public Power Control

when the Redskins were being Place in Reservations. the Parables of our Lord Jesus Christ have been in fulfillment

The very first

5

Parabolae. is the Parabolae of the Seedling of tares among the Seedling wheat The Parabolae in the old west when the Redskins were sent to the Reservation and the united States sent Flour, Cattle, Corn Flour ect. to feed the Indians. the Corrupted Indian agent who conspired with the white Settles. wanting to exterminated the Redskins from the face of the earth by Starvation. These Indian agents represent the Tares. which were Planted by the enemy of the master among the wheat. The reason. God Jehova sent the whitemen Sickness. as there is not many. medicial records. showing that the small Pox affected many none white affected by the Pox. there were more white. then none white killed by the Pox

Mr President: when I wrote to President Trump - I requested Mr Trump to Humble himself before God Jehova. to Put God Jehova. before himself. to be Humble. to let God be more Powerfull. then Congress. to Pray together in Unity. But President Trump listen to John Hagee. and relocated. the US Embassy to Jerusalem.

Mr: Biden as you are aware the Democrats. are the Communist Party and as you See the Republicans and Mr Trump. Jewish. Christian. Money Collecting Religious and Political leaders. But the two Parties seek out the Same objective Money and Power Control. and the two seek out the Same. objective. Power Control

: Mr President. Try to get God Back to our Country: when you Put God Back to our Congress. God Jehova will get all Back to normal Remember. do all For The Glory of Jehova God and It is the only way to Succeed. I will Write to you again. Mr. President. Get. abolish the L G B T G. laws - do not go against Jehova God do all For the Glory of Jehova God in the Name of Jesus Christ Amen

Respectfully

Ramiro Cardenas

Cynthia Garza Flores

FLOR E. RAMIREZ-CONTRERAS
Notary Public, State of Texas
Comm. Expires 10-06-2021
Notary ID 131307076

[signature]

For there is Ever lasting Power in the name of Jehova God Jesus ... Defending My Country by the Grace of Jehova God our United States of America from becoming a Communist Communist Country ... only for the Glory of my God Jehova of the ... Armies.

Ramiro Cardenas AKA Gregorio
506 E Starr
Crystal City Texas 78839

8-21-02.

att Chairman Tom Emmer
National Republican Congressional Committe
PO Box 98219
Washington DC 20077-4591

Mr Chairman;

I'm an American. By exercising My Right to use and Quote Bible Scripture to Prove to anyone who has understanding and Common Sense; Quote anyone who has Common sense and understanding ... to Prove Them. that all Past, Future and Present ... events, ... to our Country attack, Foretell in the Bible Scripture.

2 But as time elapses, our leaders in all level of government ... title holding People are fully explained and ... in ... 2 Timothy Chapter 3 Verses 1-5

3 It use to be that all of our leaders were and been God fearing men one Silver Star in Blue in our Flag for each State Representing ... the governor of each State Looks up to God Jehova for help by inspiration from God Jehova to do what is best for all of the People

2

of the state do what is best and better for all From the Richest to the Poorest From the most Holy to the Worst Sinner. Because There has to be Segregation

4 Both the Republican and the Democrat have to Sort out these Corrupt attitude People even if they are Sons and daughter of the People in Public Service. [illegible]

5 we are one Nation under God and Remember the Law [illegible] God [illegible] are not equal to man. Because if a Man is good all his life Then Sinned against God. all the good that did will not be Seen to forgive them Sin. But if a Man does evil all his life. then Repents all [illegible] are forgiven But Read the next verse Clearly says who is Man to Question His maker why [illegible] God does as he Please and wants to:

6 Mr Chairman There is No way a Communist government Can be created. only if only if our Politicians in Congress in DC [illegible] as well as Cities and Rural area. will do what is best and better for all of our Country. How? answer by

7 [illegible] for each State of our Country. To rescind [illegible] [illegible] of Federal in their State. that will not [illegible] [illegible] [illegible] domestic [illegible]. let each State to govern them [illegible] the People of their State wants to be rule. Stop the [illegible] Federal Power interfering with the laws and Status of each State [illegible]. Federal Power intervention against [illegible] State [illegible] of laws

8 Mr Chairman. In 2016 - 17 when at Congress. they were [illegible] at lot of Hearing on Trump Because of Stormy Daniel [illegible]

-15

3

President Trump and stated that the reason for the Cong [illegible] attacking him was because he Trump Can afford High [illegible] Call girls and his Colleagues Can not afford not even a $50 Prostit[illegible]

9 Can you believe it. President Trump mail me a Platinum Card and I was name to the President advisory Committe. and making me a Republican. which I did not requested So I ask President Trump that in order to being a full Republican to him [illegible] to help me get a Stormy Daniels myself This way I follow on his Trump foot steps

10 President Trump Never answer my Call for help on Supervision The Texas Border with Mexico in Judicial Power abuse [illegible] in the Courts of the State of Texas. only People that the Corrupted State judicial Can Control are Cited by [illegible]. [illegible] People the judicial Power [illegible] Can not [illegible] them they [illegible] the Book thrown at them in [illegible] Court Trials

11 Mr Chairman See if you Can get [illegible] in this matter regarding what I wrote for the 2939 365th Corrupted [illegible] Court of Texas

12 Mr Chairman, Since Washington has been Negligent in [illegible] to help me Solve this Problem regarding my property, I [illegible] Have lots of help here in keeping it [illegible] Since 98-99% of the Local People in this South West area are against me [illegible] I am not a Politician. and do not [illegible] the Law to [illegible] a Retired Person and exercise the full Power of the Law against a Person I do not like. I am a [illegible] man and Respect the Rights of even my worst enemy. Mr Chairman the Problem

in Solving my Problem here in South Texas Causes a lot of Big Conflict of Interest among our governing Public Power agencies also 58 million dollars is a lot of money for a man like myself. But the Fear as soon as I get money to pay travel Food and Lodging to make a date to appear before Congress and the Supreme Court to make them understand that we our Country leaders must obey God before we obey men as government. The Money game Religious leaders influence a lot in our government we are one Nation under God we are apart.

13 Our Country Has to convey the State of level as a Free State under our United State Constitution. and this will full fill the Prophecy from Book of Ezekiel when the Stick of Joseph our USA and the Stick of Judah level are going together in one hand But The Prophecy says that the Stick of Judah level will join the Stick of Joseph

14 also regarding our gas problem we have plenty of oil to sell our people gas at 25¢ a gal for 20 yrs. let other countries worry about their own money problems so let us get our act together and start Texas to do what is correct other State will follow. done only for the Glory of God Jehovah in the name of Jesus Christ amen

Romero Cardenas
Crazy Horse

For, There is Ever Lasting Power in the Name of Jehova God! Isaiah 26-4
Proverbs 20-21 a wise Man Seales the City of the mighty and Bring down The Trusted Strong Hold.
Proverbs 24:5 a Wise Man is Strong. a Man of Knowledge Lyes! increases in Strength. For by Wise Counsel you will wage your own War: For in a Multitude of Counselors. There is Safety
Call me and I will answer you Says God Jehova: Gods Ph # Jeremiah 33-3.

Romerio Cardenas Crazy Horse.
506 E Starr
Crystal City Texas 78839

addressing: Directors of Zavala County appraisal District office Crystal City Zavala Co Texas

Regarding the 2006. Texas approval of the Planned: 1979 by Raza unida Party: informed to Romerio Cardenas. by mario Escobar: in this matter that up to date has Cause: Political Power Conflict of Lottery among. State of Texas the Latter day Saints Church: and the 293d 365th Texas district Court System Good or Bad: as we mature to adults all Come Back in due time after 30 yrs all is Now Coming Back. address

ff Directors: Jesse Gonzales Jose Wiles, Lupe Valerio. melissa Guerrero and Victor Bonilla: at the office of appraisal District office: the Setaus drawing of this State approve water Project Can be Pull out and See. the Project Planned by Raza unida 1979 - [illegible]

on 1981. In U.S Federal district Court: Case # DR81CA40. defaulted Case of Case in Federal Court: DR81CA40. defaulted of Case of Romerio Cardenas: Verses Texas attorney general Mark white et al: amount of Claim money

2

$545,000.00:

The State of Texas: by Governor Bill Clement & the Church of Jesus Christ of Latter day Saints Conspire to deprive: Plaintiff Romeo Cardenas of the Sum of $545000,00 as Plaintiff is a Latter day Saints mormon Priest with only the Aaronic Priesthood: 3d in Priesthood authority from Bottom up. But Plaintiff file to US Federal Court to deduct 10% of this monies and sent the 10% to LDS Headquaters: But its help the money game: Money Collecting Preachers who uses the Collection from the members of these Churches to have a better way of life. These People Chose to let this to be let alone, as at this time I Romeo Cardenas was still on my drunk - AA Sobriety anniversity May 24 1984.

as time Passed on 1981. Dec 19-81 defaulted Case DR81CA40. at this time in 1982 the 38th District Court was in Zavala Co. Planned and just Created was the New 293d Texas judicial district. maverick Dimmit and Zavala Co. This 293d Texas judicial district was already made But not made Known to the People in the News.

at This time a young 27 yr old From Eagle Pass Fresh out of Law School Came to 506 E Stans asking for Romeo Cardenas. and the young man was made aware of the young man fresh out of Law School stated he was of yours I had a very good Case against State of Texas and that he Could Collect the $545,000.00 for me in Federal Court from Del Rio: But all were lies yet still I hand the Case file to aware. and from There on all this mess Started to Build up up to date I have requested help from disable Veteran agencies: native american School - even the Floating Ship Hospital Since the water Project to be build here in Zavala Co is value at 58 million dollars. But the Problem of the Huge Conflict of Interest has everyone. Seeing or Trying to get off or out from facing their Participation in any way they have acted against me /
Romeo Cardenas

3

The 1st one attorney For Jafoyfice was Jennie navarro. 1614 600 st austin TX of Zavala Co appraisal District of jic vs Defendant: Romeo Cardenas: answered Defendant and Counter Plaintiff Romeo Cardenas: Clearly States in answer and Counter Complaint: that if Amado abascal III DA For 293d amado abascal I had Not Turn his Back on Romeo Cardenas: and would have Collected the $545000.00 of Federal Case DR81CA40: Defendant and Counter Plaintiff Could have Paid the $900.00 of Back Taxes due. But the State of Texas and the winter garden underground water Conservation District Grupo Sea Set out to Steal the water Rights under the Property of 506 E Starr St Crystal City Tex to Build the 58 million dollar water Project. amado abascal III become a judge abascal Sign all fam. orders The 1st Petition 9008 29924 1990. then in 1997 abascal dismiss answer and Counter Complaint. in 1998 amado abascal Sign double Jeopardy Case. 9812069 1. and then Sign to get the Property Sold.

Romeo Cardenas Have Sent Copies of the Problem with this Property and the appraisal district of jic attorney of Linebarger google Blair and Sampson to Texas att gen Ken Paxton. Dan Patrick. Gregg abbott and also to Disable Veteran-Native American in New mexico Colorado. Sailor Hospital Ship and have requested Their help: But these People Can not get involved and has ask me to find Someone Locally to help: People with the Peoples Power title. But I answer Them: that Locally People with Title of the Peoples Power Can not get involve Because Locally in order to get involve in a Serious matter this Size the Locals have a Very Limited official Capacity. Their official Capacity is only to the County line. and City Limits: also to get involve all won't take in the leadership of the Problem to be Solve. and they the Locals Need Some one From State or Federal System to Come tell them what to do to Solve a very Serious Problem like a State Limited official Capacity. also Since there

4
Lots of money the Locals Just have to assume their own financial gains in benefiting themselfs 1st

In 2003 - Romeo Cardenas was negotiating the water Project with Governor of Coahuila mexico Enrique Moreira Martinez and martinez I send my Paper work to Consulado de mexico Sergio Hyacinth. to Jorge Ernesto Espejel to Enrique Martinez

Governor of Coahuila Enrique martinez y martinez was going to sent 4 million dollars to Zavala Co. Bank to start start Clearing the way on the Espantosa Lake and Clean the area first then open the underground Spring Sitting at 506 E Starr; But decline Because I informe mrs Jenny Rubio John Ivis and att Jelle Granado to review all the Paper work to assume No. Rip off were on Paper when this 58 million dollar water Project as on mario Escobar also inform me that Tracy King want the State to get Part of this water Project for Political Power Control. mario Escobar related to me that my request to allow mexican investor on this water Project decline. to invest for not being able to use this Project for Political Power Control

another matter is that the Farmers welfare; land Banks Subsitely Program Since The Free Trade agreement, Buddy Johnson directer. This Farmers Welfare does not have No Clause: that land owners on this welfare for farmers not for Ranchers But There are Local Ranchers on this welfare: and these Ranchers also rent Their lands for Hunting and have Live Stock Cattle on their lands which means. These Ranchers are also double dipping: the Farmer welfare money and Cattle and renting land to Hunter

also the LDS Church Dr Rodney Deteen Branch President Crystal Spgs wanted to get the 20,000 acres of Farm land with implement to get the lands

Clear and Plant Food Crops Carrots Spinich Potatoes Lettuce - Squashes and to Plant Crops to Sell to Close by towns and help the Lower Class People get work and Low Price Food for them: But the leaders of the Church wanted to prevent Poor People from getting Culls: Produce from the Sheds after the Produce are graded - instead of letting Poor Barrio People get Food for their Family table needs the Cull Produce will be Shredded and given to Cattle Sheep. Hogs. the Poor People are to be allow only to take what They need for themself not to Sell at a Cheap Price.

Right now I am waiting to See: How many People from other Places Will Come to help me get all This into motion as Really most all of our People want office work or law enforcement

also to get the Man Power for agriculture Labor I will use our USA Constitution article I Section 9. and when the Season of agriculture is over return these mexican workers Back across the Rio Grande. and Since the Local People None are interest in this I have Faith that God Jehova will open the way this 2022 doors to Glorify Jehova God in the name of Jesus Christ amen -

Ramiro Cardenas
Crazy Horse

P S Copies mail to For help:
Republican Party: Disable veterans
native american Reservation: groups
People requesting monetary help



"No people will tamely surrender their liberties, nor can any be easily subdued, when knowledge is diffused and virtue is preserved."
Sam Adams

MR. RAMIRO CARDENAS
374759137
2020

REPUBLICAN NATIONAL COMMITTEE
PRESIDENTIAL ADVISORY BOARD
374759137
MEMBER NUMBER
DONALD J. TRUMP
MR. RAMIRO CARDENAS
2020 PRESIDENTIAL ELECTION YEAR

2022:

R Cardenas, Crazy Horse Jar Governor of Texas
Stop Public Power abuse against the weak and the Poor
get more money for our Law enforcement Dept Police Dept,
Law and equity in Every Court of judicial authority Either Civil
or Criminal Court Cases

Exhibit B-2

Ramiro Cardenas Crazy Horse
506 E Starr
Crystal City Texas 78839

Honorable Oscar Roberto Garcia
U.S. Federal magistrate
Suite 100 U.S Federal Court House Bld.
111 E Broadway
Del Rio Texas 78839

Sir

accept. appear Case # DR16-CV0183-AM-VRC and this Case will turn all Conflict of the illegal alien laws by Donald Trump and Gregg Abbott all. Can be Confronted to the System by Plaintiff Ramiro Cardenas. Sir if you Remember Donald Trump Sign an Executive as on Religious Liberty this law grants Plaintiff the Right to Quote Bible Scripture Passages in the Court in relation to the dispute of the ownership Rights to the 58 million dollar water Project. to be Build by Plaintiff after Plaintiff Settle the dispute against the Trump Abbott laws by their attempt of Creating a white Supremacy white America: to do Right In long term Power abuse go back to 1829-30 when Andrew Jackson, relocated 30 000 families to Oklahoma today Because the Cherokee Indian Nation were Surpassing the white men in language Since then the American Revolution the Cherokee Indian accepted the whitemen Lord Jesus Christ of the America and Since No whitemen wants or like any More whitemen to equal or Surpass them in leadership abilities and this Fact is the reason the System of grants [illegible] Crazy Horse agrees appear accept and file Case of the above enter Number

Faith Glory of Jehovah the God on the Name of Jesus Christ Amen

Ramiro Cardenas

Crazy Horse

CAUSE NO. 90-08-0299-TX

| | | |
|---|---|---|
| ZAVALA COUNTY APPRAISAL DISTRICT | )( | IN THE DISTRICT COURT |
| VS. Exhibit B-3 | )( | 365TH JUDICIAL DISTRICT |
| RAMIRO C. CARDENAS | )( | ZAVALA COUNTY, TEXAS |

ORDER OF DISMISSAL

On the 16th day of December, 1996, this case was called for hearing pursuant to the Court's Notice of Intent to Dismiss Case for Want of Prosecution which Notice was sent by this Court to each attorney of record and to each party not represented by an attorney and whose address is shown on the docket or in the papers on file, by posting same in the United States Postal Service. The Court having reviewed the filed, finds there is not good cause for the case to be maintained on the docket.

IT IS THEREFORE ORDERED that the above referenced cause be and the same is hereby dismissed pursuant to the terms of Rule 165a, Texas Rules of Civil Procedure, without prejudice to the refiling of same. Costs of Court are assessed against the party incurring same.

SIGNED THIS 30th day of December, 1996.

Contains full details of the Texas Mex mafia entering 293rd Texas judicial district Court 1986 [illegible] Jesse Navarro, cust. att.

AMADO ABASCAL, III
PRESIDING JUDGE

The page to which this certificate is affixed is a full, true and correct copy of the original on file and of record in my office.
ATTEST 02/04/10
RACHEL P. RAMIREZ, District Clerk
Zavala County, Texas
By [signature], Deputy

FILED
9:00 O'Clock AM
JAN 02 1997
FRANKIE G. MANCHA
District Clerk, Zavala County, Texas
By [signature] Deputy

NO. 98-12-0691-Tx

ZAVALA COUNTY APPRAISAL DISTRICT § IN THE DISTRICT COURT
§
VS. § 365th JUDICIAL DISTRICT
§
RAMIRO CARDENAS § ZAVALA COUNTY, TEXAS

PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the ZAVALA COUNTY APPRAISAL DISTRICT, in its own behalf, and on the behalf of all other political subdivisions whose taxes are collected by the ZAVALA COUNTY Appraisal District, hereinafter called Plaintiff, and files this Original Petition in the above-styled cause, and for cause of action would show the Court as follows:

I.

Defendants and the persons or entities through which service may be obtained are as follows: Ramiro Cardenas, 506 E. Starr, Crystal City, Texas 78839 (B1, 171, 196, AF); and all persons owning, having, or claiming any interest or lien in the property described in this Petition, as well as the unknown heirs and legal representatives of all defendants.

II.

All other taxing units assessing and collecting taxes on said property are and shall be included in this suit and shall be invited to add their claims.

III.

As to each separately described property, there are delinquent taxes, penalties, interest and costs, justly due, owing, and unpaid against the property described in Exhibit "A", which consists of one page is/are attached hereto and made a part hereof by reference for all purposes, for the years and in the amounts therein set forth.

IV.

All the parties to this suit, including Plaintiffs, Defendants and Intervenors, shall take notice that claims for any and all taxes becoming delinquent on said property at any time subsequent to the filing of this suit, up to the day of judgment, are incorporated in this suit, and upon request therefore shall be recovered herein without further citation or notice, and that such claims for such delinquent taxes shall include all penalties, interests, and costs allowed by law. Plaintiff(s) are entitled to recover taxes imposed on the property for the current tax year and each subsequent tax year until the property is sold under Section 34.01 or 34.015, as applicable, prorated to the date of the sale, and each penalty that is incurred and all interest that accrues on delinquent taxes imposed on the property from the date of judgment to the date of sale.

The page to which this certificate is affixed is a full, true and correct copy of the original on file and of record in my office.
ATTEST 02/04/2010
RACHEL P. RAMIREZ, District Clerk
Zavala County, Texas
By [signature], Deputy

FILED
11:50 O'Clock AM
DEC 30 1998
FRANKIE G. MANCHA
District Clerk, Zavala County, Texas
By [signature] Deputy

OFFENSE/INCIDENT REPORT ZAVALA COUNTY SHERIFF'S OFFICE Page 3

| Offense/Incident | Date of Report | Service No. |
|---|---|---|
| INCIDENT REPORT | 04/29/2003 | 2001001528 |

ITEM

On April 29, 2003 at approx. 9:10pm complainant came by the Sheriff Dept. to report that he has been trying to negotiate with the Board of Directors of the Zavala County Appraisal District on back taxes. Complainant stated that the Board of Directors have been uncooperative.

Approved By ______________________

Investigating Officer Report Made By Date 04-29-03

Exibit A.1

FILED
10:17 O'Clock AM
SEP 05 2001
FRANKIE G. MANCHA
District Clerk Zavala County, Texas
By [signature] Deputy

Decreed. to -
293d 365th judicial district Courts
Re.

Zavala County appraisal district office: Crystal City Texas
Verses Ramiro Cardenas. 506 E Starr Crystal City Texas
Cases #90082992I. Oct 18. 1991. #98120691. Jan 7 1999.
Same. Body Style. different #. 1st judgment. dismiss.
90082992I. Same office Same Court. Same defendant Same
Property: reason for legal System double jeapardy mess up.
90082992I. is a hand written. answer and Counter Complaint
that demands. Rey Perez. former 293d judicial district Judge
Surrender to the U.S Federal authorities. for ordering. Chief
Deputy Ken Meester to be Setup to be murder outside Zavala
County to avoid. a Federal investigation into the office of Robert
Serna.

Also. In Case 90082992I. I explain how. Ruben Trevino Jr
#504323. Jones Unit TDC. Hondo Texas. How Ruben Trevino
was pass out asleep. [redacted]
member Chairwoman of Zavala County appraisal district office
Board of Directors. and President of CCISD. Trustees President, the
[redacted]
[redacted]

Also in the Counter Complaint 90082992I. 98120691 21.
[redacted] Covered up by judicial Power abuse
But the hardest Part is that I demand from the State twenty
thousand acres of Farm land with implement as in the
farming regard. all other Surrounding towns have farm.

[illegible]

But according to the women who worked giving the Farmers the Subsidy Checks. the Political Power is Control Statewide by the Subsidy Land Banks. of which mrs Courtney explained the Subsidy Program is for Farmers who have No one to work their Lands Because of age and to help Build up the Land that have been worn by erosion. But it is the best way to keep Control of the Political Power.

To See How you in the Power System sort out your own difference all I was asking for was Part of the Cash and Land I demand from the State to allow you to Sort out your own government. illegal use of the Peoples Power. and Check before you do anything. Because I was excommunicated from the L D S Church when I refuse to go along with Dr Rodney Dotson and through this Case 9008299 2 give the mormon Church the leverage of the Power. Because I filed in Court that the one million Nine hundred and eighty thousand dollars Cash Plus the twenty thousand acres of Farm Land were for the Church. But then I Chan all. and declare for the zavala County Bank to manage for me the winnings I got from the Corrupted State government system. Check before you take action as this Case is a manage on defense with Citizens of awake and the watchtower with out the request or Consent of the Jehova witness. and I declare to the Court to sent 10% ten percent of the Cash to the Closest watchtower Society. The Big Problem is that from Here exposures of Public Corruption Spreads State wide. and all is done in the Name of Jesus Christ only For the Honor and Glory of God my God Jehova of the Armies. Alahomé our Creator Amen.

Affirmative Declared Romeo Cardenas

Case 2:16-cv-00183-AM-VRG Document 26 Filed 08/15/17 Page 1 of 10

FILED
AUG 15 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **RAMIRO CARDENAS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No.** |
| **GOVERNOR GREG ABBOTT and** | § | **DR-16-CV-0183-AM/VRG** |
| **ATTORNEY GENERAL KEN** | § | |
| **PAXTON,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING WITHOUT PREJUDICE**

This matter is pending before the Court on Plaintiff's application to proceed without prepayment of fees or costs and pursuant to 28 U.S.C. § 1915(e). For the following reasons, Plaintiff's request for leave to proceed *in forma pauperis* as amended by his Application to Proceed Without Prepayment of Fees or Costs [ECF Nos. 3, 11] is **GRANTED** and Plaintiff's complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** as frivolous.

## I. BACKGROUND

Plaintiff Ramiro Cardenas, also known as "Crazy Horse," of Crystal City, Zavala County, Texas, filed a complaint in this Court purporting to bring claims against Governor Greg Abbott and Attorney General Ken Paxton for conspiracy and negligence. (Compl. 1, ECF No. 1.) Concurrent with the filing of the complaint, the Plaintiff submitted a request to proceed *in forma pauperis* ("IFP"). (Mot. 1, ECF No. 3.) In Count One of his complaint, the Plaintiff avers that the Defendants have engaged in a conspiracy with religious and political leaders to keep the United States of America from identifying itself as the "true Biblical Nation of Jehovah" by attempting to "consolidate the most essential needs of the People and create one kind of government ruling worldwide." (Compl. at 1.) In Count Two of the complaint, the Plaintiff alleges that the Defendants

A true copy of the original, I certify.
Clerk, U.S. District Court
By