FILED

NOV 13 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| RAMIRO CARDENAS,<br>    Plaintiff,<br><br>v.<br><br>293ʳᴰ JUDICIAL DISTRICT COURT,<br>CRYSTAL CITY, TEXAS,<br>    Defendant. | §<br>§<br>§<br>§   Civil No. DR-22-CV-0021-AM<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Report and Recommendation of the Honorable Matthew Watters, United States Magistrate Judge. (ECF No. 16.) Pursuant to 28 U.S.C. § 636, the Court referred all pretrial matters in this case to Judge Watters. As part of that referral, Judge Watters now recommends that the Plaintiff's complaint, (ECF No. 9), be dismissed with prejudice and the Plaintiff be barred from further filing in the Western District of Texas without obtaining prior approval from a District Judge of this District. (ECF No. 16.) No objections to the Report and Recommendations have been filed. Accordingly, and upon review, the Report and Recommendation is **ADOPTED**.

### I. BACKGROUND

The Plaintiff, Ramiro Cardenas, also known as "Crazy Horse," of Crystal City, Zavala County, Texas, filed multiple documents in this Court purporting to bring claims against the 293rd Texas Judicial District Court. (First Appl. to Proceed in Forma Pauperis, ECF No. 1; Second Appl. to Proceed in Forma Pauperis, ECF No. 5; Suppl. to Mot., ECF No. 6; Preface and Exs., ECF No. 7; Compl., ECF No. 9; Advisory to the Ct., ECF No. 12.) The Plaintiff's filings mainly consist of generally incoherent statements in barely legible handwriting, containing letters to various individuals and entities, including the Chairman of the National Republican Congressional

Committee, Director of the Zavala County Appraisal District, President Biden, and "All Judges with US Judicial Authority in State of Texas." (Compl. at 9, 14, 18; Compl., Attach. 9-1, at 1, 15.) After a plethora of various suits brought by the Plaintiff, the Court issued an order where it gave the Plaintiff notice that his "continued abuse of the privilege of leave to proceed IFP . . . may result in the imposition of sanctions including, but not limited to, monetary fines, withdrawal or denial of IFP status, and filing restrictions." (Civil Action No. 2:16-CV-183-AM, Order Granting Leave, ECF No. 26 at 9-10). After the dismissal, the Plaintiff proceeded to file twenty-three (23) writings to the Court, again consisting of hundreds of pages of handwritten, incoherent statements. (*See generally* ECF Nos. 30–53.) Therefore, the pending suit marks at least the sixth attempt by the Plaintiff to file a federal lawsuit and his sixth request for leave to proceed IFP. On June 27, 2023, Judge Watters ordered the Plaintiff to show cause in writing as to why his Complaint should not be dismissed as frivolous and he should not be barred from future filings in this District without prior approval within 21 days of the Order. (Order to Show Cause, ECF No. 13.) That deadline expired without response from the Plaintiff.

## II. ANALYSIS

At present, no party has filed objections to Judge Watters' Report and Recommendation. Thus, the Court need not conduct a *de novo* review of the pending matter. Rather, the Court need only determine whether the Report and Recommendation is erroneous or clearly contrary to law. *Douglas v. United Servs. Automobile Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996). The Court has examined Judge Watters' Report and Recommendation and is of the opinion that its findings and conclusions are neither erroneous nor clearly contrary to law.

## III. CONCLUSION

Finding no error, the Court **ADOPTS** Judge Watters' Report and Recommendation, (ECF No. 16), and **DISMISSES WITH PREJUDICE** the Plaintiff's complaint, (ECF No. 9.). IT IS ORDERED that the Clerk shall accept no further filings of any kind from the Plaintiff, Ramiro Cardenas, without prior, written permission from a United States District Judge or a United States Magistrate Judge.

Judgment is rendered accordingly.

SIGNED and ENTERED on this 13th day of November 2023.

ALIA MOSES
Chief United States District Judge